UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| TAHA YASSIN RAMADAN | ) | |
| | ) | |
| Petitioner, | ) | Case No.: 07 0297 |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, et al. | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER TO SHOW CAUSE

This matter having been open to the Court by Ramsey Clark, attorney for Petitioner, upon the declaration of counsel, and good cause having been shown, it is therefore on this 13<sup>t</sup> day of February, 2007,

ORDERED that respondents show cause in writing on the 23rd day of February, 2007 why Respondent should not be prohibited from releasing or transferring custody of Petitioner, on appropriate conditions, pending the final resolution of his habeas corpus petition. A hearing will be held on February 27, 2007 at 10 a.m.

_____
United States District Judge