## CERTIFICATE OF SERVICE

I, Carl Messineo, hereby certify that on the 9th day of February, 2007, I caused to be served, via hand messenger, a true and correct copy of the forgoing Petition for Writ of Habeas Corpus upon:

Alberto Gonzales
U.S. Attorney General
U.S. Department of Justice
350 Pennsylvania Avenue, NW
Washington, DC 20530

Jeffrey Taylor
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Robert Gates
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301

_____
Carl Messineo