UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHA YASSIN RAMADAN )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.* )<br>)<br>Respondents. )<br>_____) | Case No.: 07-297 (PLF) |

**PRAECIPE**

This praecipe is to advise and certify to the Court that upon the issuance of the Order to Show Cause in this matter on February 15, 2007 [Docket Entry # 2], the offices of undersigned counsel provided notice of the Order to Robert Okun, Chief of Special Proceedings Division at the U.S. Attorney's Office for the District of Columbia in a telephone call to Mr. Okun.


February 15, 2007                         \_\_/s/_____
                                          Carl Messineo [#450031]
                                          Mara Verheyden-Hilliard [#450033]
                                          PARTNERSHIP FOR CIVIL JUSTICE
                                          10 G Street, NE Suite 650
                                          Washington, DC 20002
                                          (202) 789-4330
                                          (202) 789-4333 fax