IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHA YASSIN RAMADAN,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action No. 07-0297 (PLF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael P. Abate, Trial Attorney, an attorney in good standing in the Illinois Bar and an attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears on behalf of Respondents in this action.


Dated: <u>February 15, 2007</u>

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

JOSEPH H. HUNT (D.C. Bar No. 431134)
Branch Director

VINCENT M. GARVEY (D.C. Bar No. 127191)
Deputy Branch Director

**/s/ Michael P. Abate**
MICHAEL P. ABATE (IL Bar No. 6285597)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883

Washington, D.C. 20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W., Room 7302
Washington, D.C. 20001
Telephone:   (202) 616-8209
Facsimile:    (202) 616-8470

<u>Attorneys for Respondents</u>