UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHA YASSIN RAMADAN ) | |
| ) | |
| Petitioner, ) | Case No.: 07-297 (PLF) |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, *et al.* ) | |
| ) | |
| Respondents. ) | |
| _____) | |

### NOTICE OF APPEARANCE RAMSEY CLARK

To the Clerk of the Court:

Please enter the appearance of Ramsey Clark as counsel in this case for Petitioner Taha Yassin Ramadan.

Dated:  February 15, 2007                                        Respectfully submitted,


                                                                 __/s/_____
                                                                 Ramsey Clark [#73833]
                                                                 37 West 12th Street 2B
                                                                 New York, New York 10011
                                                                 (212) 989-6613
                                                                 (212) 979-1583 (FAX)