UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TAHA YASSIN RAMADAN | ) | |
| | ) | |
| Petitioner, | ) | Case No.: 07-297 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

### NOTICE OF APPEARANCE OF MARA VERHEYDEN-HILLIARD

To the Clerk of the Court:

Please enter the appearance of Mara Verheyden-Hilliard as counsel in this case for Petitioner Taha Yassin Ramadan.

Dated:  February 21, 2007                Respectfully submitted,


                                          _/s/_____
                                          Carl Messineo (#450033)
                                          Mara Verheyden-Hilliard (#450031)
                                          PARTNERSHIP FOR CIVIL JUSTICE
                                          10 G Street, NE Suite 650
                                          Washington, DC 20002
                                          (202) 789-4330
                                          (202) 789-4333 facsimile