IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHA YASSIN RAMADAN,<br><br>    Petitioner,<br>v.<br>GEORGE W. BUSH, *et al.*,<br><br>    Respondents. | Case No. |

### DECLARATION OF QUENTIN K. CRANK

I, Lieutenant Colonel Quentin K. Crank, hereby declare and say as follows:

    1. I am a commissioned officer in the United States Army currently serving as the commander of a Multi-National Force-Iraq (MNF-I) Theater Internment Facility (TIF) located at Camp Cropper, Iraq. In this position, I directly oversee the internment of security internees and other detained persons, including the control of the physical facilities associated with the TIF and commanding the military elements assigned to the TIF.

I make the following statements based upon my personal knowledge:

    2. MNF-I is a coalition force consisting of approximately twenty-seven different nations that operates in accordance with the mandate of United Nations Security Council Resolutions (UNSCR) 1546 (2004), 1637 (2005), and 1723 (2006). These Resolutions authorize MNF-I to undertake "a broad range of tasks to contribute to the maintenance of security and to ensure force protection" including, "internment where this is necessary for imperative reasons of security."

1

2

3. Mr. Taha Yassin Ramadan is currently in MNF-I custody pursuant to the aforementioned UNSCR and at the request of the Government of Iraq. He is physically located in the TIF currently under my command.

4. Mr. Taha Yassin Ramadan will remain in the physical custody of MNF-I until his transfer is ordered by the Deputy Commanding General, Detainee Operations, Multi-National Force-Iraq. In accordance with past practice, any transfer of physical custody of Mr. Taha Yassin Ramadan to the Government of Iraq would only occur at the conclusion of these (IHT) proceedings and upon the request of the Government of Iraq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 21 day of February, 2007.

QUENTIN K. CRANK
Lieutenant Colonel, U.S. Army
Commanding

FEDERAL MILITARY NOTARY

    I, the undersigned, certify that I am a duly commissioned, qualified, and authorized federal, military notary public.  Before me, on the date indicated, personally appeared Lieutenant Colonel Quentin Crank, MP, USA, who is personally known by me to be a member of the Armed Forces of the United States serving on active duty and the person who is described herein, whose name is subscribed to, and who signed this written declaration, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the uses and purposed herein set forth.

Subscribed, sworn-to and acknowledged before me on the 21st day of February 2007, by Lieutenant Colonel Quentin Crank, MP, USA, the declarant, who is personally known to me.  This acknowledgement is executed in my official capacity under the authority granted by Title 10, United States Code, Section 1044a, which also states that no seal is required on this acknowledgement.

With the Armed Forces in Baghdad, Iraq.

(Sign) _[signature]_    Official Capacity:
    Task Force 134
    Magistrate Cell
    Staff Attorney

(Print) Michael E. Maffei
    LT, JAGC, USN

Date: 21 FEBRUARY 2007

1