## SWORN STATEMENT

How I was treated from the moment I was arrested by the American military.

I was captured by the militia of the Allied Kurdistan Party in the 17. Aug. 2003 evening, when I was in a home in Musol – my birth place. The (Kurdish militia) surrendered me to the American military forces. My hands were tied to the back and my head was covered with a black sack. They transported me to Mosul Airport. During the flight which lasted for the hours my chest and legs were tied to the chair in the helicopter. I arrived to Baghdad International Airport and get down. After no more than ten minutes of walking I was stopped; the black sack was removed but I was still blindfolded. I found myself in a room of a medium space. Four men were standing near me. One of them in civilian clothes, trousers and a sky – blue T. shirt as I remember. Later, I know that he was the responsible officer of the group. The (other) three men were tall and tan (yellowish color) and were wearing U.S. army uniform. One of them was a translator. One of them had an aluminum stick hand. I was wearing a garment and was bare footed as they forced me to take off my shoes and to walk bare footed.

Immediately they ordered me to kneel down on the ground and at once they asked me one question: "where is Saddam Hussein? And where can we find him". As soon as I answered by saying that I don't know (his whereabouts), I was thrown to the ground. When I said that I was tiered I was beaten by kicking on my body and they forced me to crawl. The situation remained so (until) I asked them to give me water to drink. They

provided me with water. They put the bottle of water in my mouth and prohibited me from sitting, when I found the water hot; I said to them "Please, I need cold water". He replied "soon" and they began to pour ice – cold water on my head and body for two hours. Blood began to bleed from my knees and elbows as a result of crawling. Then they told me to stand up, tied my hands and put the black sack on my head after they blind folded me and led me into a nearby place, which I felt to be a wooden room. They told me not to sit down but to continue walking forth and back without a stop inside the room. They said: "We will be back after hours. We want you to think well in our question". They left the place and directed the guards not to allow me to stop walking. After a while, I asked the guards to take me to the sanitary facility place to relieve nature (evacuate). After one hour they responded to my request and led me inside a box. They removed the sack off my head so that I can see and they closed the door of the box. They did not untie my hands. I asked them "How can I relieve myself with tied hands". They didn't respond to me and after five minutes, they returned me back to the room and I couldn't evacuate and went back to continue walking forth and back. As a result of walking, being exhausted, dizzy with some loss of consciousness and because more than 12 hours had then passed since I was arrested, urine began to wet my body and the floor. When the guards noticed that, they come in, threw me to the ground, held me from the neck and began to pull me on the spots of urine for about five minutes while I was semi– unconscious.

After several hours that I can't guess, I found myself led by some one out of that room and after several meters of walking, the sack was removed off and I found myself inside the first

room of crawling and I was asked: "Did you think of the question about the place of Saddam Hussein"? I replied: "The question is clear. I confirm to you that I don't know where he is now".

The said: "Give us the name; home address and phone number of a person who knows were Saddam Hussein is". I asked them "Where is such person? Is there actually any such person?"

Torturing was resumed as in the first time by beating, crawling and ways of providing water. This situation lasted for nearly five days. One day they said: "Fly with us in a helicopter and just point to the possible whereabouts of Saddam and mark these places on a map" I said: "I do not know how to do such things. It is a private nature of a person".

On the seventh day, I was asked a new question about the place of an American pilot named (Rad)? Who was shot down in the western desert in 1991. I told them that all what I know about this matter is that "his problem was resolved after the cease fire was imposed during an exchange of prisoners of war between the two countries   and that I had then heard about this from some of the brothers in the Foreign (Affairs Ministry), this is all what I know about this matter".

The same methods of torture, crawling and walking forth and back in the second room continued until on one day I felt that I lost consciousness and was unable to breath so I uttered that "there is no God but Allah and Mohammad is Allah's Apostle" I prayed for Allah to grant me martyrdom or to help me to tolerate this torture. The officer asked the translator about what I was saying and the latter told him that I am "asking for death and these words are said when a person faces death".

Immediately the officer put his foot on my hand and pressed with all his weight until my hand was moved out of its place. The effect of that is still evident in my finger. He said: "We won't let you die; instead we will bring you close to death and then return you back to life unless you confess and cooperate with us". I replied:" I am asking Allah for His help" They said: "Don't mention God. America can help you if you cooperate with it and not God. From now on, don't mention God before us." Torture continued by crawling, beating by a stick and kicking by feet on my body for about a second week. One day they asked me a third question which was to mention the names of members of the resistance in Musol and Baghdad… I told them that "I don't have information as I was hiding and I was with members of my family and children when I was arrested and that I did not contact any body". My reply did not convince them and beating, kicking and crawling continued. Every two hours, I was returned back to the other room to walk for hours and then back to torture.

As for water, they provided me with one small bottle – less than one liter each day. I used a little amount to drink and keep the remaining water to wash as I was allowed to go the box one time every 24 hours. During three weeks, I couldn't wash my face or my body or even my hands. I was bare footed and almost naked because the soldiers had torn my garment while they were torturing me and I hadn't any under wear so, I became semi – naked. They gave me my shoes only two days before I left the place of torturing (Baghdad International Airport). Only then, did they provide me with blue clothes to wear and to throw the torn garment away.

On 9 Sept. 2003, i.e. after 22 days of continued torture except in the last two days. They brought me to Camp Cropper, held me in a room alone and prevented any of the detainees from talking to me. For three months I was allowed to walk alone for half an hour daily and to go twice (daily) to the sanitary (w.c). I was prohibited from shaving for four months.

During the period of 22 days of torture, I was only twice seen by a doctor. I explained my (physical) situation to him and he saw my swollen knee and the wounds on my elbows and saw how I was unable to stand up. He provided me with two tablets of Aspirin but I did not take them. When he came back in the second visit, he asked me:"Did you take the medicine?" and I asked him "Do you mean the two tablets of Aspirin?" he said: "yes". I wondered whether my case requires (to be treated) with Aspirin. He responded by saying: "This is our medical treatment. You can treat yourself by cooperating with the interrogators". I did not reply him because he was speaking in a kind of logic that has nothing to do with the logic a humane doctor.

Upon my first meeting with the Red Cross, that was after two months, of torture, I explained my situation to them in detail and they saw with their own eyes the wounds and the effects of torture which were then still clear evident. Nevertheless, nothing happened and no inquiry or investigation was made. When investigations began in October 2003, the investigator asked me about my bad health condition and my inability to sit down or to see well, I explained the reason for that. He was rather surprised, but he did nothing. The name of that investigator is Stanley? What is important is that he was the first investigator I met in Camp Cropper since I was transported to it.

Q: Bierce.

A: Ramadan.

Q: Did you write this statement?

A: Yes.

Q: Do you know who your interrogators worked for?

A: They were working with the C.I.A.

Q: Did you ever see anyone from U.S Navy?

A: I don't know uniform or clothes of the Navy Forces, so, I can't decide whether I saw them or not.

Q: Did you ever see anyone from U.S Army?

A: I noticed some members who were wearing the uniform of the U.S army as some of them were guarding the room and were doing some acts of anarchy such as beating the doors and making disturbing noises to prevent me from sleeping, but I don't know whether they belong to the U.S army or any other agency.

Q: Were all of the people who abused you from the CIA?

A: I think that the 4 who tortured me were CIA.

Q: Were the guards who threw you on the floor in the wooden room CIA or military?

A: I think they were from the army but I can't guess for sure.

Q: Do you know what branch?

A: I don't know because I don't know the uniform of U.S army various branches.

Q: What type of uniform were they wearing?

A: I didn't notice any signs on their clothes because I was unable to concentrate. What I remember is that their clothes resemble the clothes which I see now on the guards of our? Camp.

Q: Do you have any thing to add to this statement?
A: No.