# SWORN STATEMENT
22 March 2006

كيف عملت من الذنب للحظة الأولى إلى اعتقالي من قبل القوات الأمريكية وقد تم اعتقالي
مساء يوم 17/8/2003 في أحد الدور السكنية في مدينة الموصل طقس راسي حيث كنت
كانه في حين من قبل ميليشيات الإتحاد الكردستاني وبعد اعتقالي من قبل فور أ
ثم تسليمي للقوات الأمريكية وعلى الفور تم نقلي الى مطار الموصل بعد ان تم
تكبيل يدي من الخلف ووضع كيس الأسود في راسي وثم وضعي في طائرة
يلكوبتر وبعد ان تم ربطني على كرسي الطائرة من الرجل ولصدر لخلال ثلاث ساعات
تقريبا ثم وصولي الى مطار بغداد الدولي وبعدون زولين من الطائرة بعض خطوات
لا تزيد عن عشر امتار يفاقي ورفع الكيس الأسود من راسي مغمم العينين وجدت
نفسي في غرفة متوسطة المساحة .

اربعة اشخاص احدهم يرتدي ملابس مدنية بنطلون ومقميص تيشرت
وفقه ثالثة يلبسون الضابط المسؤول عن المجموعة وهو هنا بعد فيما اتذكر ، اسمه حسابي
ام سمائي حسين لون مجرم متهدم لتحمت الأمريكية احدهم يرتدي ملابس مدنية ومقميني وآخرين طوال القامة
احدهم يحمل بيده عصا صغير وفي الآخر يوم و ارتدي كنت بينهم جدي سوط فقط فقه الدشاشة
وحفى القدمين . وحفى اسرى وسر الحذاء و تركت على اجبروني ان بعد ان قدمين .

طلب مني على الفور ركوع على البركوك على الركبتين وعلى الفور تم توجيهه سؤال لي ا ين هو
حال قولي لا اعلم تم كيلي على الأرض وعندما قلت لهم ا ين نجده ؟ ا ين حسين
صدام اجبروني و اليوم بالعصا برضبي وكيفتافي جسمي على الرجل بالضرب أدب بعثة متنقلين
على الحزل و استمر الحال وعندما ما منهم تبلطت لي مقدومو أسما وعضو على القالين
في فمي او وضع وجلوس وجدت لما حار الرجلا لهم تلقي في ار وبا در ان ماء قاقل على الفور
و بلطت لها ما أسما لي بستر اذك اقاوال وراس ويم هذا على على جلسم هذا هنا خباسكون ماتم
استمرار الحالة لم ما عد ستان و ا ء اداب و لسيت من الدمام ياقفي بطتبي على الا ضرار من
استمر الحال من بطلبها عبد اه من هنا منه ضور و طبو ا ي د ي و عضو او كا ي س الا سود و على را س ي بعد
شد العنين و اقتادوني الى مكان آخر قريب أب أن شعرت بفتح غرفة خشبية وطبوا من
بلى الجلوس رسمي وقو لا قعد دون غرفة وقف وقت ادخال اب يا با و ا ا ذ ها با المسير بعد كذا ساعات
ترى دي كفت بل شن ا لاوسان بكر كد ي ج وغا د واور عقوق ا لا غلب و ا لح سر ا لا وا ا لح ا ي ج ى ا ل وا غل ا ب ج
تكرت ا سي من ا لك ي س و رفع و ا د خ لو ن ي ا بو ك س وا د ح دي ا لا ب س و ا ل ا قت ا دو ن ي و ا لج ا ا ب ة
دون ا ح ت جا ج ي كي ف ا لاض ضا ي دون ا لب اب او او غل قا و وار ي ا ل كل ي
ا ل ط ا ق ا ي دي لم يست ج يبو ا ل ي و بعد دا قي قي ة تم ا ل ا د عا ء ا لغ ر فة دو ن ا ن ا ل ط ا ق ي
وم تمر ار ي با لا ذ ها و ا لا ي ا ي و تم ب ا ل ا ج ة ا ل ا ل م ر و ر ا كث ر من 12 سا عة على ا ع ت قا لي
و شي ء من ا ل د و ا ر و عد م ا لا د ر ا ر ا ل ى ا د ا ب ا ل ش ع و ر ب ا ل ن س ا ب ا ل ى ج س م ي و ا ل ا ض ر ا م و ا ح لا ظ حر س
ذ لك ر و ا ء و ا ك و ل و ن ي على ا لا ض ر ا م ا و م س كو ن ي و و ي ت ب ت ر ب ى ا لح س ب ا د ب ا و م كا ن ا لا د ر ا ر ا و ا ن ش ب ه
ف اق و ل عو ي ي لم د ة خ مس د قا ئق .

وبعد ساعات ال ادري كم هي وجدت من يقودني من الغرفة وبعد بضع خطوات رفع
فكرت بالسؤال اين هو و صدام حسين؟ حيث قلت ان السؤال واحضار اوكدك لكم انني لا ادري
له ليقل لزحف غرفة الاولى نفسي في نفس الغرفة وجدت نفسي رأس من كليس
اين هو الان .

قال لي انا الشخص اسم الان وعنوان ومسكنه وتلفونه بنذهب اليك يقول لنا
قلت لهم اين اذا الشخص وهو الفعل لهذا اين اذا الشخص المستمر والتعذيب
كما في الغرفة الاولى في الضرب والزحف وسلوب شرب الماء واستمر لحال لمدة خمس ايام
تقريبا يوميا وفي يوم قيل لي يقال في مخبأ طريقة مروحية وشير الى المناطق
التي يجب ان يتواجد فيها صدام حسين وثبت ذلك على الخارطة ايضا اكدت لهم انني لا
اعرف ذلك وهو من خصوصيات الانسان وفي اليوم وجه لي سؤال اخر حول مكان
وجود المارايكي الذي سقط في احصار الغربية عام 1991 والمدعو ( دار ) قلت لهم
العلم بالامر سوى عما تعلمت ان موضوعة عند حسم ففي الطالق الاني وخرا لتبادل الاسرى
بين البلدين سمعت اذا من بعض الاخوان في الخارجية ولي حكم الا مية ووضع استمر
نفس السلوب التعذيب والزحف الى الغرفة الثانية والميسير هذا اباها وفي
يوم شعرت بالغماء وقضى السفس الشديدة وتمنيت الشهادة من اجل عز الله واما الشهادة
العاملة لتحدث هذا التعذيب، اس الظلاب المترجم اذا يقول قال المترجم انا هذه
وهذه شهدت الموت وعنده اصيبع في اي اثر لكل ذلك في احضار وبكل شخص رجل وضع على ظهره بثقله على يدي حتى خرجت من موضعها
والمراه قال احد اني تعترف ان اما الحياة
الان ان تستقلب امريكية ان تواعنك ان معها وليس بالله ودن الا ان تذكر الله اماناً
واستمر لحال على التعذيب في الزحف والضرب بالعصا على الرجل ومسجم ولمدة
اسماء لهم اذكر ان هو و ثالث سؤال وجهوه لي وجدت يوم ثاني وفي سابع من تقريب
انصار المقامة في الموصل وبغداد ... قلت لهم ال علم لي و اني كنت مختفياً و قلق
القبض علي مع عائلتي و الفافي ولم اتصل باحد ، لم تقنعهم اجابتي وبدا برانجم
بعد و اخرى الغرفة الى اعادتي متي ساعتين لكل الزحف و الرجل و الضرب بالعصا
للتعذيب تمت اعادتي للتعذيب.

بالنسبة للماء يوم كانوا يضعون قنينة ماء صغيرة اقل من لتر فقط كنت اشرب
منها قليلاً وكل 24 ساعة اخذوني الى البسكوت اغتسل ببقية الماء والخوالاسبيع
ثلاثم لم اغسل وجهي و يدي حفاني انا وشهيبين القدمين لم ارى جسمي و وجهي
في مزرق الالباس على جسمي و ارمي الدشاداشة المزقة في وفي يوم 9/9/2003 اي بعد يوم 22 من
يولي الحادث الا قبل يومين من خروجي من منطقة التعذيب( مطار بغداد الدولي) وضع بدلة
التعذيب المتواصل ما عدا اخر يومين اجاز في معسكر بروكو وضعوني في غرفة
لوحدي صفص ساعة و اذهب ارتميني الى المرافق و منعت من القالة لوحدة و اربعة
اشهر .

خلال فترة الـ 22 يوم التعذيب جاءني الطبيب مرتين مرة ذكرت هل حالتي وهو وجد الورم الذي يركبت و الجرح في المرافق وعدم القدرة على الوقوف قدم لي حبوب اسبرين اثنين عدد اثنين لم وعندما جاء في المرة الثانية وقال له تناولت الدواء ؟ فقلت له تقصد حبوب الأسبرين ؟ قال نعم ، قلت ان حالتي بحاجة الى حبوب اسبرين قال هو هذا !! وانا علاجان وانت تستطيع ان تعالج نفسك بالتعاون مع المحققين لم أجبه .  كان يتحدث بمنطق ال يتعلق بطبيب انساني .

وعند اول لقاء لي مع الصليب الأحمر يا بعد شهرين من التعذيب هل ذكرت حالتي بالتفصيل و اطلعوا على الجروح و اثار التعذيب وكانت بحاجة في حينها لم تكن يحدث شيء حتى استفسار او تحقيق لم يحدث وعندما ادب التحقيق في تشرين 2003 و سألني المحقق عن سبب وضعي السيء وعدم قدرتي على الجلوس و السبب و استغربت كثيرا ولكن لم يفعل شيء و اسم المحقق استنتلي . المهم وهو اول محقق التقيت به في معسكر كروبر حال انتقالي اليه .


Q: Bierce
A: Ramadan

Q: Did you write this statement?
A: نعم

Q: Do you know who your interrogators worked for?
A: كانوا يعملون ضمن جهاز المخابرات الأمريكية سي اي ايه
Q: did you ever see anyone from U.S Navy?
A: انا لا اعلم ما هو شكل او زي القوات البحرية لذا لا استطيع ان اقول بأني رأيتهم ام لم أراهم

Q: did you ever see anyone from U.S Army?
A: وجدت عدد من العناصر التي ارتدت الملابس العسكرية الأمريكية حيث كان عدد منهم يحرسون الغرفة ويقومون بأعمال فوضوية للضرب الأبواب و اصوات معزجة من اجل منعي من النوم ولكني لا اعرف هل هم من افراد الجيش الأمريكي او اية جهة اخرى

Q: were all of the people who abused you from the CIA?
A: حسب ما اعتقد ان المجموعة الأربعة اللذين كانوا يعذبوني كانوا سي اي ايه

Q: were the swards who threw you on the floor in the wooden room CIA or military?
A: اعتقد انهم كانوا من الجيش ولكن لا استطيع ان اجزم بذلك

Q: Do you know what branch?
A: لا اعلم لأني لا اعرف زي الصنوف العسكرية للجيش الأمريكي

Q: what type of uniform were they wearing?
A: لم اشاهد في حينها اية علامة على الملابس لأني وضع غير قادر على التركيز ولكني اتذكر بشكل الملابس هي نفسها ارا الآعلى التي حراس معسكرنا

Q: Do you have anything to add to this statement?

A: لاك