UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHA YASSIN RAMADAN )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.* )<br>)<br>Respondents. )<br>) | Case No.: 07-0297 (PLF) |

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioner Taha Yassin Ramadan hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Order of February 27, 2007 (dkt. no. 10), dismissing Petitioner's Petition for Writ of Habeas Corpus and dismissing this case from the Court.

March 12, 2007

Respectfully submitted,

___/s/_____
Ramsey Clark [#73833]
Counsel of Record
Lawrence W. Schilling
37 West 12th Street
New York, New York 10011
(212) 989-6613
(212) 979-1583 (FAX)

1

__/s/_____
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE
10 G Street, NW Suite 650
Washington, DC 20002
(202) 789-4330
(202) 789-4333 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2007 a copy of the foregoing Notice of Appeal was served via electronic service (ECF) to counsel of record in lower court proceedings:

Michael Abate
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

and served via first class mail, with advance copy by electronic mail, to Respondents' counsel on appeal:

Lewis Yelin
U.S. Department of Justice
950 Pennsylvania Avenue, NW Room 7318
Washington, DC 20530

Carl Messineo