# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TAHA YASSIN RAMADAN | ) | |
| | ) | |
| Petitioner, | ) | Case No.: 07-0297 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioner Taha Yassin Ramadan hereby appeals to the

United States Court of Appeals for the District of Columbia Circuit from the District Court's

Order of February 27, 2007 (dkt. no. 10), dismissing Petitioner's Petition for Writ of Habeas

Corpus and dismissing this case from the Court.

March 12, 2007

Respectfully submitted,

___/s/_____

Ramsey Clark [#73833]
Counsel of Record
Lawrence W. Schilling
37 West 12th Street
New York, New York 10011
(212) 989-6613
(212) 979-1583 (FAX)

1

___/s/_____

Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE
10 G Street, NW Suite 650
Washington, DC 20002
(202) 789-4330
(202) 789-4333 fax

Court Name: District of Columbia
Division: 1
Receipt Number: 4616002956
Cashier ID: dcallis
Transaction Date: 03/13/2007
Payer Name: PARTNERSHIP FOR CIVIL JUSTICE

NOTICE OF APPEAL/DOCKETING FEE
  For: PARTNERSHIP FOR CIVIL JUSTICE
  Amount:        $455.00

CHECK
  Check/Money Order Num: 5951
  Amt Tendered: $455.00

Total Due:     $455.00
Total Tendered: $455.00
Change Amt:       $0.00

07-297

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2007 a copy of the foregoing Notice of Appeal was served via electronic service (ECF) to counsel of record in lower court proceedings:

Michael Abate
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530

and served via first class mail, with advance copy by electronic mail, to Respondents' counsel on appeal:

Lewis Yelin
U.S. Department of Justice
950 Pennsylvania Avenue, NW Room 7318
Washington, DC 20530

Carl Messineo