# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5078**  **September Term, 2006**

07cv00297

Taha Yassin Ramadan, Civilian Detained in U.S. Military Custody in, or near, Baghdad, Iraq,
  Appellant

v.

George W. Bush, President of the United States, et al.,
  Appellees

Filed On:



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  APR 3 0 2007

CLERK

**BEFORE:**   Rogers, Brown, and Kavanaugh, Circuit Judges

## ORDER

FILED
JUL  3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the notice of suggestion of death, it is

**ORDERED**, on the court's own motion, that this appeal be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk